ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-606 (JRT/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>REAL PROPERTY LOCATED AT RR 2, LAKE BELLE TAINE, NEVIS, MINNESOTA, HUBBARD COUNTY,<br><br>DEFENDANT. | PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVING SUMMONS AND COMPLAINT AND ORDER |

The United States hereby moves to extend the time for serving the Summons and Complaint for Forfeiture in the above-captioned civil forfeiture action until August 1, 2002, based on the following:

This is one of three civil forfeiture actions,[1] filed pursuant to 21 U.S.C. § 881, which is related to a criminal investigation into the drug trafficking activities of James Bernard Young. This Complaint for Forfeiture was filed on April 9, 2001.

James Bernard Young and three co-conspirators were indicted in Criminal Action No. 01-118 (JMR/RLE) on April 19, 2001. The Indictment contains a Forfeiture Allegation made pursuant to 21 U.S.C. § 853, which identifies the defendant real property in this

[1] The other two civil forfeiture actions are U.S. v. 36721 County Road 46, Civil No. 01-262 (JMR/RLE), and U.S. v. Real Property Consisting of Approximately 40 Acres, Civil No. 01-327 (RHK/RLE). The Summons and Complaints in these actions have now been served.



FILED MAR 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK J.H.

action, as well as the real property in the related civil forfeiture actions, as subject to forfeiture.

James Young pled guilty on December 5, 2001. As a part of his plea, Defendant Young agreed to the forfeiture of $15,000.00 cash in lieu of the defendant real property in this civil forfeiture action, as well as to the forfeiture of the real property in the other two related civil forfeiture actions. The government has the $15,000.00 in hand but it is being held pending Defendant Young's sentencing. At that time, the government will move to substitute the $15,000.00 as the res in this civil forfeiture action and proceed to obtain a final order of forfeiture. However, Defendant Young's sentencing has not yet been scheduled.

Rule 4(m) of the Federal Rules of Civil Procedure provides that:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

The government requests that the time for service of the Summons and Complaint in the above-captioned civil forfeiture action be extended until August 1, 2002, pending Defendant Young's

sentencing and the filing of a motion for a final order of forfeiture in this action.

March 13, 2002

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

M Trippler

BY: MARY TRIPPLER
Assistant U.S. Attorney
Attorney I.D. 110887
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600

ORDER

Based on the foregoing motion and on all the files and records herein,

IT IS HEREBY ORDERED that the time for serving the Summons and Complaint in the above-captioned civil forfeiture action is extended to August 1, 2002.

Dated: March 19, 2002

Raymond L. Erickson

RAYMOND L. ERICKSON
United States Magistrate Judge