ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-606 (JRT/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | ) | |
| V. | ) | FINAL ORDER OF FORFEITURE |
| REAL PROPERTY LOCATED AT RR 2, LAKE BELLE TAINE, NEVIS, MINNESOTA, HUBBARD COUNTY, DEFENDANT. | ) | |

Based on the plaintiff's motion for substitution of the res and a final order of forfeiture; on all the files and records in this action; and on the Court's finding as follows that:

1. a verified Complaint for Forfeiture with supporting affidavit was filed on April 9, 2001, alleging that the defendant real property was subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6);

2. on December 5, 2001, in Criminal Action No. 01-118 (JMR/RLE), James Bernard Young entered into a Plea Agreement with the United States whereby he agreed to forfeit $15,000.00, which represented proceeds from his illegal drug distributions, in lieu of the defendant real property in this civil forfeiture action; agreed to waive notice of this civil forfeiture action against the $15,000.00; agreed to not contest the civil forfeiture action, either directly or indirectly through family members or others acting in concert with him; agreed to the entry of default judgment



FILED JUL 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

against him; and agreed to the forfeiture of the $15,000.00 to the United States free and clear of any and all claims by him; and

4. the United States made application to the Clerk of Court to enter default against James Bernard Young in this action pursuant to the terms of his Plea Agreement in Criminal Action No. 01-118 (JMR/RLE);

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. the $15,000.00 tendered to the United States by James Bernard Young is substituted for the real property as the res in this action and the real property is dismissed as the defendant in this action;

2. default judgment is entered against James Bernard Young;

3. the $15,000.00 is forfeited to the United States free and clear of any and all claims; and

4. the $15,000.00 shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 22, 2002

John R. Tunheim

JOHN R. TUNHEIM, Judge
United States District Court